IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C

05 OCT 17 PM 3: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED FOOD AND COMMERCIAL
WORKERS LOCAL NO. 1529, ET AL.,

    Plaintiffs,

VS.                                                  NO.  05-2679-MaA

HKR MANAGEMENT, L.L.C.,

    Defendant.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the September 16, 2005, motion for admission *pro hac vice* of M. Travis DeHaven.  Mr. DeHaven is a member in good standing of the bar of the state of Georgia and is admitted to practice before the United States District Court for the Northern District of Georgia.  Mr. DeHaven has obtained and is familiar with the local rules and professional guidelines of this court.  For good cause shown, the motion is granted and M. Travis DeHaven is admitted to participate in this action as counsel for plaintiffs.

It is so ORDERED this 17th day of October, 2005.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-20-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02679 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

M. Travis DeHaven
PARKER HUDSON RAINER & DOBBS, LLP
285 Peachtree Center Ave., NE
Atlanta, GA 30303

David M. Dunlap
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT